```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
               CASE NO. 10-20260-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

CAMILO ERNESTO LOBO-GOMEZ,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on May 11, 2010. A Report and Recommendation filed on May 18, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of May, 2010.

                                                   _____
                                                   DONALD L. GRAHAM
                                                 UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Gregory A. Samms, Esq.
        Eric A. Hernandez, AUSA
```